UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HAMMILL MANUFACTURING CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; and <br> UNITED STATES INTERNAL <br> REVENUE SERVICE, <br><br> Defendants. | Case No. 3:25-CV-00462-JJH <br><br> Hon. Judge Jeffrey J. Helmick |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS COUNTS TWO, THREE, AND FOUR OF PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the United States moves to dismiss Counts Two, Three, and Four, which seek injunctive relief and vacatur. As set forth in the attached memorandum, Plaintiff lacks standing to bring these claims, and because it has an alternative remedy, it fails to state a claim under the Administrative Procedure Act.[1]

Respectfully Submitted,

UNITED STATES OF AMERICA,
Defendant

*/s/ Sarah Stoner*
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-1170 (v) / 202-514-5238 (f)
Sarah.Stoner@usdoj.gov

---

[1] The United States filed a nearly identical motion to dismiss and supporting memorandum in response to nearly identical claims under the Administrative Procedure Act asserted in *First Source Employee Mgmt. v. United States*, No. 1:24-cv-02209-CEF (N.D. Ohio, May 5, 2025).

2

CERTIFICATE OF SERVICE AND COMPLIANCE

    I certify that on August 27, 2025, a copy of foregoing document and attached memorandum was filed electronically and will be served on all parties by operation of the Court's CM/ECF system. This case has not been assigned to a track. This motion is 2 pages and the attached memorandum is 15 pages.

                                                                    */s/ Sarah Stoner*
                                                                    SARAH STONER
                                                                    Trial Attorney, Tax Division
                                                                    U.S. Department of Justice